William O. Martin, Jr. (Bar No. 135399)
  *wmartin@hbblaw.com*
R. Bryan Martin (Bar No. 221684)
  *bmartin@hbblaw.com*
Kristian Moriarty (Bar No. 291557)
  *kmoriarty@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
2050 Main Street, Suite 600
Irvine, California 92614
Telephone:  714.426.4600
Facsimile:   714.754.0826

Attorneys for Defendants and
Counterclaimants FIELDTURF USA,
INC., FIELDTURF, INC., and
FIELDTURF TARKETT SAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CHAFFEY JOINT UNION HIGH SCHOOL DISTRICT, a political subdivision of the state of California,<br><br>Plaintiff,<br><br>v.<br><br>FIELDTURF USA, INC., A Florida corporation; FIELDTURF, INC.,  a Canadian Corporation; and FIELDTURF TARKETT SAS,  a French corporation,<br><br>Defendant. | Case No. 5:16-cv-00204-JGB-DTB<br><br>**DEFENDANTS LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>The Hon. Jesus G. Bernal<br>Trial Date:          May 23, 2017 |

COMES NOW Defendants, FIELDTURF USA, INC., FIELDTURF, INC., and FIELDTURF TARKETT SAS (jointly referred to herein as "Defendants"), and files this corporate disclosure statement and notice of interested entities in accordance with Federal Rules of Civil Procedure, Rule 7.1, and United States District Court, Central District of California Local Rule 7.1-1. Defendants certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

TS13-0000001
12090720.1

1

Pursuant to Civil L.R. 7.1-1, the undersigned also certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (1) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

FieldTurf USA, Inc. is an indirect subsidiary of Tarkett, a publicly traded French Corporation.

FieldTurf, Inc. is an indirect subsidiary of Tarkett, a publicly traded French Corporation.

FieldTurf Tarkett SAS is an indirect subsidiary of Tarkett, a publicly traded French Corporation.

Tarkett is a publicly traded corporation, with its headquarters in France.

Dated:  October 21, 2016          HAIGHT BROWN & BONESTEEL LLP

By:   */s/ Kristian Moriarty*
William O. Martin, Jr.
R. Bryan Martin
Kristian Moriarty
Attorneys for Defendants and
Counterclaimants FIELDTURF USA,
INC., FIELDTURF, INC., and
FIELDTURF TARKETT SAS

TS13-0000001
12090720.1          2

Case No. 5:16-cv-00204-JGB-DTB
DEFENDANTS LOCAL RULE 7.1-1 NOTICE OF
INTERESTED PARTIES AND CORPORATE
DISCLOSURE STATEMENT

**PROOF OF SERVICE**

*Chaffey v. Tarkett Sports*
**Case No. 5:16-cv-00204-JGB-DTB**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2050 Main Street, Suite 600, Irvine, CA 92614.

On **October 21, 2016**, I served true copies of the following document(s) described as **DEFENDANTS LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **October 21, 2016**, at Irvine, California.

*/s/ Jennifer J. Vogel*
Jennifer J. Vogel

TS13-0000001
12090720.1

3

Case No. 5:16-cv-00204-JGB-DTB
DEFENDANTS LOCAL RULE 7.1-1 NOTICE OF
INTERESTED PARTIES AND CORPORATE
DISCLOSURE STATEMENT

**SERVICE LIST**
**Chaffey v. Tarkett Sports**
**Case No. 5:16-cv-00204-JGB-DTB**

| | |
|---|---|
| Peter F. Lindborg, Esq.<br>Irina J. Mazor, Esq.<br>Lindborg & Mazor LLP<br>550 North Brand Blvd., #1830<br>Glendale, CA  91203 | Counsel for Plaintiff<br>Chaffey Joint Union High School<br>District<br>Tel:  818.637.8325<br>Fax:  818.637.8376<br>plindborg@lmllp.com<br>imazor@lmllp.com |
| Jean-Rene Basle, Esq.<br>Carol A. Green, Esq.<br>San Bernardino County Counsel<br>385 N. Arrowhead Avenue, 4th Floor<br>San Bernardino. CA  92415-0120 | Co-counsel for Plaintiff<br>Tel:  909.387.4178<br>Fax:  909.387.5462<br>cgreene@cc.sbcounty.gov |

Haight

TS13-0000001

12090720.1

Case No. 5:16-cv-00204-JGB-DTB
DEFENDANTS LOCAL RULE 7.1-1 NOTICE OF
INTERESTED PARTIES AND CORPORATE
DISCLOSURE STATEMENT

4