AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| CHAFFEY JOINT UNION HIGH SCHOOL DISTRICT )<br>*Plaintiff* )<br>v. )<br>FIELDTURF USA INC., FIELDTURF, INC., et. al. )<br>*Defendant* ) | Case No. 3:17-cv-04516-MAS-TJB |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FIELDTURF USA INC.    .

Date:  11/04/2025

/s/ L. Reid Skibell
*Attorney's signature*

L. Reid Skibell
*Printed name and bar number*
Glenn Agre Bergman & Fuentes, LLP
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036

*Address*

rskibell@glennagre.com
*E-mail address*

(212) 970-1600
*Telephone number*

*FAX number*